UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON GONZALEZ,

     Plaintiff,

                                 Case No. 1:24-cv-645

v.

                                 Hon. Hala Y. Jarbou

LEONCIE MUKARURINDA,

     Defendant.

_____/

## **ORDER**

On April 8, 2026, Magistrate Judge Green issued a report and recommendation that Defendant Leoncie Mukaruinda's motion be granted in part and that this action be dismissed (ECF No. 67). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 22. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 67) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: May 15, 2026                  /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE